IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ALBERT JOHNSON,

   Plaintiff,

v.

INTERNATIONAL BUSINESS
MACHINES CORPORATION,

   Defendant.

CIVIL CASE NO.
1:16-CV-4462-MHC-LTW

## ORDER

This case is presently before the Court on the Motion to Withdraw by Plaintiff's counsel, Robert McDonald. (Doc. 23). On November 29, 2017, this Court held a telephone conference to address counsel's motion. Plaintiff Albert Johnson and Robert McDonald appeared telephonically for the call. After having heard from both Mr. Johnson and Mr. McDonald, the Motion to Withdraw is **DENIED** at this time, with leave for counsel to refile the motion if the current disputes cannot be resolved. (Doc. 23).

This 29 day of November, 2017.

LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)