FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 22 2018

JAMES N. HATTEN, Clerk
By: /s/ Deputy Clerk

United States District Court For The Northern District of Georgia Atlanta Division

| | |
|---|---|
| Albert Johnson<br>Plaintiff, | ) Civil Action File<br>) NO. 1:16-CV-04462-MHC-LTW<br>)<br>) |
| v. | )<br>) |
| International Business Machines Corporation,<br>Defendant, | ) Jury Trial Demanded<br>)<br>) |

Answer To Memorandum of Law In Support of Motion to WithDraw

I object to Counsels motion to withdraw. This motion to withdraw is based from Foolery & Trickery. Since Nov 2017, Counsel has been even more difficult to work with, provided false or misleading information, argumentative and dismissive. All disputes are designed by Counsel to persuade the Court that his withdrawal is in order and to deteriorate our relationship.

I request a formal hearing to present evidence and to provide testimony in Court.

I pray the court will take action needed to prevent counsel from further harm to my case.

1 of 2

Albert Johnson
*Albert J. Jh* (signature)
1/22/2018
Plaintiff

United States District Court for The Northern District of Georgia Atlanta Division

Albert Johnson
Plaintiff,

v.

International Business Machines Corporation
Defendant,

Civil Action File
No 1:16-CV-04462-MHC-LTW

Jury Trial Demanded

## Certificate of Service

I certify that on 1/22/2018 I mailed a copy of answer to motion to withdraw through US mail to the following counsel of record

Robert C D McDonald PC
6340 Sugarloaf Pkwy #200
Duluth Ga. 30097

Justin R. Barnes
Damia L. Haider
Jackson Lewis P.C.
1155 Peachtree St NE #1000
Atlanta GA

1/22/2018    Albert Johnson