FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 30 2018

JAMES N. HATTEN, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| Albert Johnson | ) | |
| | ) | CIVIL ACTION FILE |
| Plaintiff, | ) | NO. 1:16-CV-04462-MHC-LTW |
| | ) | |
| v. | ) | |
| | ) | |
| International Business Machines Corporation, | ) | Jury Trial Demanded |
| | ) | |
| Defendant. | ) | |

## ALTERNATIVE MOTION TO COURTS REQUEST OF HOW PLAINTIFF WILL PROCEED AND EXTENTION TO DISCOVERY PERIOD

I hereby ask the court for an additional 7 days in addition to the previously granted 60 days allowed to find an attorney, to attend 2 additional appointments with attorneys that I may finally be able to secure adequate counsel. The 60 days was use appropriately to no avail.

Plaintiff who has acted with reasonable diligence in pursuing discovery would also like to ask the court for an additional 90-day extension to the discovery period.

Respectfully submitted this _30_ day of April 2018

/s/ *Albert T. Johnson*
Albert Johnson
Plaintiff Pro se

2253 Creekview Trail
Decatur, GA 30035
(770) 206-0732 - Telephone
(404) 210-1178 - Telephone
alberttjohnsoncaf@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **Albert Johnson** | ) | |
| | ) | CIVIL ACTION FILE |
| Plaintiff, | ) | NO. 1:16-CV-04462-MHC-LTW |
| | ) | |
| v. | ) | |
| | ) | |
| **International Business Machines Corporation,** | ) | Jury Trial Demanded |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2018, I filed an **ALTERNATIVE MOTION TO COURTS REQUEST OF HOW PLAINTIFF WILL PROCEED AND AN EXTENTION TO DISCOVERY PERIOD** I also Certify that a copy of this filing is being sent by certified mail to following counsel of record for Defendant:

Justin R. Barnes
Jackson Lewis, P.C.
1155 Peachtree Street
Suite 1000
Atlanta, Georgia 30309-3600
Ph: (404) 525-8200
Fax: (404) 525-1173

Dania L. Haider
Jackson Lewis, P.C.
1155 Peachtree Street
Suite 1000
Atlanta, Georgia 30309-3600
Ph: (404) 525-8200
Fax: (404) 525-1173

Respectfully submitted this _30_ day of April 2018

/s/ *Albert T. Johnson*
Albert Johnson
Plaintiff Pro se

2253 Creekview Trail
Decatur, GA 30035
(770) 206-0732 - Telephone
(404) 210-1178 - Telephone
alberttjohnsoncaf@gmail.com

4